UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY EARL TROTTER, CDCR #BC-6851,<br><br>        Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY, et al.,<br><br>        Defendants. | Case No.: 24cv2252-RHS (JLB)<br><br>**ORDER:**<br><br>**(1) DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1), and**<br><br>**(2) DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT** |

Bobby Earl Trotter ("Plaintiff"), a state inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. *See* Compl., ECF No. 1. Trotter alleges his constitutional rights were violated during Los Angeles County Superior Court criminal proceedings and is suing the county, superior court, and the attorneys who prosecuted and defended him there. *Id*. at 3-6. Plaintiff has also filed a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a). *See* ECF No. 2.

The Complaint in this case is an identical photocopy of a Complaint filed in this Court on November 20, 2024, which was transferred for lack of venue to the District Court for the Central District of California, Western Division, on December 4, 2024. *See* Compl.,

ECF No. 1 and Order of Transfer, ECF No. 4, in S.D. Cal. Civil Case No. 24cv2200-AGS (MSB). Both suits name the same Defendants, allege the same causes of action, request the same relief, and are signed by Plaintiff on the same day, November 18, 2024, with identical signatures. *Compare* S.D. Cal. Civil Case No. 24cv2200-AGS (MSB), Compl., ECF No. 1, *with,* S.D. Cal. Civil Case No. 24cv2252-RSH (JLB), Compl., ECF No. 1.

A prisoner's complaint is subject to *sua sponte* dismissal under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)). "[I]n assessing whether the second action is duplicative of the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 689 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008). Because the same claims presented in the instant action against the same Defendants are currently pending in the previously-filed case, this subsequently-filed duplicative action may not concurrently proceed. *See Cato*, 70 F.3d at 1105 n.2.

Accordingly, **IT IS HEREBY ORDERED** that this civil action is **DISMISSED** without prejudice as duplicative pursuant to 28 U.S.C. § 1915A(b)(1) and Plaintiff's Motion to Proceed In Forma Pauperis [ECF No. 2] is **DENIED** as moot. The dismissal of this case shall operate without prejudice to Plaintiff's pursuit of his claims in his previously-filed case. The Clerk will **TERMINATE** this case and close the file.

**IT IS SO ORDERED**.

Dated: December 17, 2024

Hon. Robert S. Huie
United States District Judge